# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**RAYMOND RANDY ATKINS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D23-564

[May 11, 2023]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Suskauer, Judge; L.T. Case No. 502018CF009635.

Raymond Randy Atkins, Trenton, pro se.

No appearance filed for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and FORST, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***